IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARCIA and CANDACE MARIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BAYSIDE FUNDING GROUP, et al.,<br><br>    Defendants. | No. C 06-00255 CRB<br><br>**ORDER RE: BRIEFING** |

Now pending before the Court is the motion to strike and/or dismiss filed by defendant Patric Cuspard, doing business as Bayside Funding Group.  The motion is noticed for hearing on June 9, 2006.

Notwithstanding the schedule set forth in the Local Rules, plaintiffs shall filed their opposition to defendant's motion on or before April 28, 2006.  Defendant's reply, if any, shall be filed by May 5, 2006.

**IT IS SO ORDERED.**

Dated: April 14, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0255\orderrebriefingschedule.wpd