ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
(415) 982-1510

Attorneys for Plaintiffs
JOSEPH GARCIA and CANDACE MARIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH GARCIA and CANDACE MARIN, individuals<br><br>Plaintiffs,<br><br>v.<br><br>BAYSIDE FUNDING GROUP, a California company, et al.,<br><br>Defendants. | Case No.   C 06 0255 CRB<br><br>**STATUS REPORT OF PLAINTIFFS**<br><br>Date:  4/14/06<br>Time:  8:30 A.M.<br>Courtroom:  8, 19th floor<br>Judge: Hon. Charles R. Bryer |

Plaintiffs Joseph Garcia and Candace Marin request that this Court continue the Case Management Conference for at least sixty days.  First, there was  a delay in service because it appeared that counsel for Bert Coker was interested in resolving this matter.  Second, a number of the defendants have yet to appear. We are in the process of serving Scott Tucker and WFG although all have been served except for VMC Mortgage Corporation.  These were sent out for service, but there were problems with service

STATUS REPORT OF PLAINTIFFS

1

which are now being resolved.  Third, defendant Bayside Funding Group has filed a Motion under Rule 12 which is set for June 9, 2006.  Fourth, I have spoken with Christopher Lucas, counsel for Bert Coker and Pacific Home Brokers, and he has no objection to the continuance.  I have also spoken with an attorney for Bayside Funding Group and am waiting to hear back from them as to whether they have any objection to such a continuance.  Such a continuance will allow all the parties to appear and provide time to meet and confer.

Dated:  April 11, 2006        Respectfully submitted,

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
JOSEPH GARCIA and CANDACE MARIN


By_____
  ROBERT F. KANE


The matter is continued to Friday, June 9, 2005 at 8:30 a.m.



COMPLAINT

2