United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARCIA, et al., | No. C 06-00255 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| BAYSIDE FUNDING GROUP, et al., | |
| Defendants / | |

Now pending before the Court is the motion to dismiss of defendant Patric Cuspard, sued as Bayside Funding Group. After carefully considering the papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and rules as follows:

1. Defendant's motion to strike certain language of the complaint as impertinent is DENIED.

2. Plaintiffs' request to file an amended complaint is GRANTED. Plaintiffs have the right to file an amended complaint without leave of Court. See Crum v. Circus Enterprises, 213 F.3d 1129, 1130 n.3 (9th Cir. 2000). Plaintiffs seek leave to amend only because they seek to add a new party to the complaint, Fidelity Mortgage Company. Accordingly, the Court will not consider defendant Cuspard's substantive objections to the complaint and the motion to dismiss/strike is DISMISSED AS

MOOT without prejudice to defendant filing a new motion in response to the amended complaint. For the parties' future reference, the Court notes that parties may cite to cases published in electronic databases, including Westlaw and Lexis. See Civil Local Rule 3-4(d).

3. Plaintiffs shall file their amended complaint within five days of the filing of this Order.

**IT IS SO ORDERED.**

Dated: May 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0255\orderreamend.wpd        2