Law Offices of
# ROBERT F. KANE

870 Market Street, Suite 1128
San Francisco, California 94102
Telephone (415) 982-1510
Facsimile (415) 982-5821
Email RKane1089@aol.com

August 29, 2006

E-FILED AND MAILED

The Honorable Charles R. Breyer
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Joseph and Candace Garcia v. Bayside Funding*

Dear Judge Breyer:

    This office represents Joseph Garcia and Candace Marin in the above entitled matter. You ordered the matter to mediation. On August 24th all parties appeared before Paul Epstein, who conducted the mediation. Counsel for the parties wish to have additional time to explore settlement. Mr. Epstein suggested that we write you and request that the status conference set for September 8th at 8:30 a.m. be continued thirty days. We look forward to hearing from you.

Very truly yours,

/s/

ROBERT F. KANE

RFK/sm
cc  Paul Epstein, Esq. (Mediator) by e-mail
    Glenn H. Wechsler, Esq. by fax
    Scott Cole, Esq. by fax
    Joel Atwater by fax
    Scott Tuckes by fax

**Status Conference set for October 20, 2006 at 8:30 a.m.**



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA