```
ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
(415) 982-1510

Attorneys for Plaintiffs
JOSEPH GARCIA and CANDACE MARIN
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH GARCIA and CANDACE MARIN, individuals<br><br>Plaintiffs,<br><br>v.<br><br>BAYSIDE FUNDING GROUP, a California company, et al.,<br><br>Defendants. | Case No.   C 06 0255 CRB<br><br>**STATUS REPORT OF PLAINTIFFS**<br><br>Date:  12/1/06<br>Time:  8:30 A.M.<br>Courtroom:  8, 19th floor<br>Judge: Hon. Charles R. Bryer |

　　　Plaintiffs are still working with defendants WMC and Cuspard to attempt to resolve this matter and request that the status conference be postponed thirty (30) days.

　　　Dated:  November 29, 2006          Respectfully submitted,

November 30, 2006

                                         LAW OFFICES OF ROBERT F. KANE
                                         Attorneys for Plaintiffs
                                         JOSEPH GARCIA and CANDACE MARIN

                                         By__/s/_____

                                            ROBERT F. KANE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STATUS REPORT OF PLAINTIFFS                              1