```
THE PREBLE LAW FIRM
SCOTT J. PREBLE (SBN: 115158)
3700 Delta Fair Boulevard, Suite 210
Antioch, California 94509-4074
Telephone:  (925) 756-7111
Facsimile:   (925) 756-7191

Attorneys for Defendant PATRIC CUSPARD d/b/a
BAYSIDE FUNDING GROUP
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA   SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH GARCIA and CANDACE MARIN, Individuals<br>     Plaintiffs,<br>vs.<br><br>BAYSIDE FUNDING GROUP, et al.,<br>     Defendants. | No. C06-0255 CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE and STIPULATION OF DISMISSAL WITH PREJUDICE** |

PLAINTIFFS JOSEPH GARCIA and CANDACE MARIN HEREBY GIVE NOTICE that the above-captioned matter, including the complaint and amended complaint, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) against the following defendants who were named in the lawsuit but who never appeared by, e.g., answering the complaint or the amended complaint:  WMC MORTGAGE CORPORATION, JOEL ATWATER, SCOTT TUCKER, MICHELE ROBERTS, and DOES 1 – 50.

FURTHER, IT IS HEREBY STIPULATED by and between the parties who have appeared in this action, through their counsel of record, that the above-captioned matter, including the complaint and amended complaint, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear his/her/its own costs and attorney fees.

//

//

-1-

**NOTICE OF DISMISSAL WITH PREJUDICE and
STIPULATION OF DISMISSAL WITH PREJUDICE**

Dated: _____     /S/_____
                                  LAW OFFICES OF ROBERT F. KANE
                                  BY ROBERT F. KANE
                                  Attorney for Plaintiffs
                                  JOSEPH GARCIA and CANDACE MARIN

Dated: _____     /S/_____
                                  THE PREBLE LAW FIRM
                                  BY SCOTT J. PREBLE
                                  Attorneys for Defendant
                                  PATRIC CUSPARD dba
                                  BAYSIDE FUNDING GROUP

Dated: _____     /S/_____
                                  LAW OFFICES OF GOFORTH & LUCAS
                                  BY *[MICHAEL D. GOFORTH]*
                                  Attorneys for Defendants
                                  PACIFIC HOME BROKERS, FIDELITY
                                  MORTGAGE COMPANY, and BERT COKER

October 1, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**NOTICE OF DISMISSAL WITH PREJUDICE and
STIPULATION OF DISMISSAL WITH PREJUDICE**